1  CHARLES J. STEVENS, SBN 106981
      cstevens@gibsondunn.com
2  AUSTIN SCHWING, SBN 211696
      aschwing@gibsondunn.com
3  G. CHARLES NIERLICH, SBN 196611
      gnierlich@gibsondunn.com
4  JOSHUA D. DICK, SBN 268853
      jdick@gibsondunn.com
5  PETER SQUERI, SBN 286249
      psqueri@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
7  San Francisco, CA 94105-0921
   Telephone: 415.393.8200
8  Facsimile: 415.393.8306

9  *Attorneys for JUUL Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO |
| This Document Relates to: | Case No. 3:20-cv-00195-WHO |
| *The District Attorney of Montgomery County, Pennsylvania, Kevin R. Steele v. JUUL Labs, Inc., et al.* | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES RE MOTION TO REMAND** |
| | Date: February 26, 2020<br>Time: 2:00 PM<br>Courtroom: 2, 17th Floor |
| | Complaint Filed: November 4, 2019<br>Removed: December 17, 2019<br>Trial Date: none |

The parties jointly stipulate and agree to extend the briefing and hearing deadlines related to Plaintiff's Motion to Remand.

WHEREAS, Plaintiff filed a Complaint in the Court of Common Pleas of Montgomery County, Pennsylvania on November 4, 2019;

WHEREAS, Defendant JUUL Labs, Inc. ("Defendant" or "JLI") removed the action from the Court of Common Pleas of Montgomery County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania on December 16, 2019;

WHEREAS, the action was subject to a Judicial Panel on Multidistrict Litigation Order and was transferred from United States District Court for the Eastern District of Pennsylvania to the Northern District of California on January 9, 2020 (Dkt. No. 3);

WHEREAS, Plaintiff filed a motion to remand on January 16, 2020, and noticed that motion for a hearing on February 26, 2020 (Dkt. No. 7);

WHEREAS, the parties met and conferred, and agreed to vacate and remove that hearing date;

WHEREAS, the parties met and conferred, and agreed to extend Defendant's deadline to respond to the motion to remand to February 21, 2020;

WHEREAS, the parties met and conferred, and agreed that Plaintiff may have until March 2, 2020 to file their reply brief;

WHEREAS, the parties met and conferred, and agreed that the Court shall set a hearing date:

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order establishing the following:

1. The deadline for Defendants to file an opposition to Plaintiff's Motion to Remand is moved to February 21, 2020;

2. Plaintiffs have until March 2, 2020 to file their reply brief;

3. The Court shall set a hearing date.

1 | Dated: January 29, 2020

By: /s/ Austin Schwing
Austin Schwing

CHARLES J. STEVENS, SBN 106981
AUSTIN SCHWING, SBN 211696
G. CHARLES NIERLICH, SBN 196611
JOSHUA D. DICK, SBN 268853
PETER SQUERI, SBN 286249
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306
Email: cstevens@gibsondunn.com
Email: aschwing@gibsondunn.com
Email: gnierlich@gibsondunn.com
Email: jdick@gibsondunn.com
Email:psqueri@gibsondunn.com


Attorneys for JUUL Labs, Inc.



By: /s/ Patrick Howard
Patrick Howard

DANIEL E. GUSTAFSON
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone:   (612) 333-8844
Facsimile:    (612) 339-6622
Email: dgustafson@gustafsongluek.com


PATRICK HOWARD
SALTZ MONGELUZZI BARRETT & BENDESKY
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA 19103
Telephone:   (215) 496-8282
Facsimile:    (215) 496-9999
Email: phoward@smbb.com

Attorneys for The District Attorney of Montgomery County

## ATTORNEY ATTESTATION

I, Austin V. Schwing, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

By:     */s/ Austin V. Schwing*
                Austin V. Schwing

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED, subject to further change following the next status conference in MDL No. 2913.**

Dated: January 30, 2020

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

DOCUMENT4